**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. MJM-24-248** |
| | * | |
| **HUNTER HAITHCOCK,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

**\*\*\*\*\*\*\***

**GOVERNMENT'S MOTION TO SEAL**

The United States of America, by and through its attorneys, Kelly O. Hayes, United States

Attorney for the District of Maryland, and Joseph L. Wenner, Assistant United States Attorney for

said District, moves this Honorable Court for an Order sealing the unredacted victim impact

statements filed as Exhibit 20 on the docket. The United States submits that the redacted portions

of these exhibits filed publicly contain confidential personal and financial information that should

be sealed and should not appear on the public docket.

WHEREFORE, the government respectfully requests that the Court **SEAL** the unredacted

victim impact statements filed as Exhibit 20 on the docket,  until further order of the Court.

Respectfully submitted,

Kelly O. Hayes
United States Attorney


By: _____/s/_____
Joseph L. Wenner
Assistant United States Attorney

## **Certificate of Service**

I hereby certify that on the day this document was filed, a copy of this filing was sent

ECF to counsel for the Defendant.

_____/s/_____
Joseph L. Wenner
Assistant U.S. Attorney